**19 MISC 253**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In Re: Application for Exemption from
Electronic Public Access Fees by
MICHAEL ARNOT

Standing Order: M10-468

ORDER



PACER FEE EXEMPTION ORDER

This matter is before the court upon the application and request by Michael Arnot (the "Applicant") for exemption from the fees imposed by the Electronic Public Access Fee Schedule adopted by the Judicial Conference of the United States Courts.

The Court finds that, based upon the letter request dated April 19, 2019 describing the proposed use, the Applicant has demonstrated that an exemption is necessary in order to avoid unreasonable burdens and to promote public access to information.

Accordingly, the Applicant shall be exempt from the payment of fees for access via PACER to the electronic case files maintained in this Court, to the extent such use is incurred in connection with the project described in the attached application. The Applicant shall not be exempt from the payment of fees incurred in connection with other uses of the PACER system in this Court. Additionally, the following limitations apply:

1. This fee exemption applies only to the Applicant and is valid only for the purposes stated above.

2. This fee exemption applies only to the electronic case files of this Court that are available through the PACER system;

3. By accepting this exemption, the Applicant agrees not to sell for profit any data obtained as a result of receiving this exemption,

4. The Applicant is prohibited from transferring any data obtained as a result of receiving this exemption, including redistribution via internet-based databases.

5. This exemption is valid from April 1, 2019 through April 30, 2020.

This exemption may be revoked at the discretion of the Court at any time. A copy of this Order shall be sent to the PACER Service Center.

Dated: New York, New York
_____, 2019

SO ORDERED: _____
Colleen McMahon, Chief Judge
United States District Court
Southern District of New York

Michael Arnot
42 West Street #106
Brooklyn, NY 11222

RECEIVED
2019 APR 24  PM 4:41
CLERK'S OFFICE

Chief Judge Colleen McMahon
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

April 19, 2019

BY COURIER

## RE: REQUEST FOR FEE WAIVER FROM PACER: ACADEMIC RESEARCH

Dear Chief Judge McMahon,

I have been requested by the PACER customer service team to petition you directly for the request below. I apologize in advance for this request distracting from your important business.

I respectfully request a fee waiver for PACER research on the basis that my searches are for academic purposes.

I am an MBA student at Embry Riddle Aeronautical University writing a master's thesis on the relationship between online travel agencies, airlines and other distribution companies.

Your court, and specifically, Judge Lorna G. Schofield, presided over *US Airways, Inc., for American Airlines, Inc. as Successor and Real Party in Interest v. Sabre Holdings Corporation et al.* from 2011 to 2017.

I have spent several hours digging through PACER filings for that case alone—a true treasure trove of information and a unique window into the murky and secretive world of online travel. In my enthusiasm for the case and lack of experience with PACER, I may have incurred fees for searches and viewing in April 2019, stumbling around the system and viewing plenty of letters from counsel, motions and procedural matters for the case. It was expensive to learn which documents were relevant to my research and which were only adding to already-hefty student debt.

I do not know the total amount due, but it might be few hundred dollars.

Would you be so kind as to request the PACER team to waive these search fees in the name of academic research, so that I can continue diving into depositions and traipsing through transcripts?

I can be reached at 212.518.4796 or arnot.michael@gmail.com.

Sincerely,

Michael Arnot

Embry-Riddle Aeronautical University

600 S Clyde Morris Blvd

Daytona Beach, FL 32114

United States


United States

## Enrollment Verification as of Apr 19, 2019

**Michael Arnot**  ID Nbr: 2486267

### Current Program of Study

| Career | Academic Program |
|---|---|
| Masters | WW Masters Degree |

| Academic Plan | Degree | Declare Dt | Sub-Plan |
|---|---|---|---|
| Master Business Admin Aviation | M | 02/26/2018 | |

### Enrollment History

| Term | Career | Begin Date | End Date | Units | Status |
|---|---|---|---|---|---|
| Worldwide 2018-04 April | MSTR | 04/01/2018 | 06/30/2018 | 6.00 | Full-Time |
| Worldwide 2018-05 May | MSTR | 05/01/2018 | 07/31/2018 | 3.00 | Full-Time |
| Worldwide 2018-06 June | MSTR | 06/01/2018 | 08/31/2018 | | No Units |
| Worldwide 2018-07 July | MSTR | 07/01/2018 | 09/30/2018 | 9.00 | Full-Time |
| Worldwide 2018-08 August | MSTR | 08/01/2018 | 10/31/2018 | | No Units |
| Worldwide 2018-09 September | MSTR | 09/01/2018 | 11/30/2018 | 3.00 | Full-Time |
| Worldwide 2018-10 October | MSTR | 10/01/2018 | 12/31/2018 | | No Units |
| Worldwide 2018-11 November | MSTR | 11/01/2018 | 01/31/2019 | | No Units |
| Worldwide 2018-12 December | MSTR | 12/01/2018 | 02/28/2019 | | No Units |
| Worldwide 2019-01 January | MSTR | 01/01/2019 | 03/31/2019 | 3.00 | Full-Time |
| Worldwide 2019-02 February | MSTR | 02/01/2019 | 04/30/2019 | | No Units |
| Worldwide 2019-03 March | MSTR | 03/01/2019 | 05/31/2019 | 3.00 | Full-Time |
| Worldwide 2019-04 April | MSTR | 04/01/2019 | 06/30/2019 | | No Units |
| Worldwide 2019-05 May | MSTR | 05/01/2019 | 07/31/2019 | | No Units |
| Worldwide 2019-06 June | MSTR | 06/01/2019 | 08/31/2019 | | No Units |
| Worldwide 2019-07 July | MSTR | 07/01/2019 | 09/30/2019 | | No Units |
| Worldwide 2019-08 August | MSTR | 08/01/2019 | 10/31/2019 | | No Units |
| Worldwide 2019-09 September | MSTR | 09/01/2019 | 11/30/2019 | | No Units |